# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-CR-00324-JCM (RJJ) |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CHARLES C. LOBELLO, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court upon the motion of the United States for authorization to disclose grand jury and § 6103 material to the defendant. After considering the motion and the file in this case, the Court finds good cause for the relief requested.

WHEREFORE, IT IS HEREBY ORDERED that the motion is granted. The attorneys for the government are authorized to disclose to counsel of record for the defendant grand jury material in order to fulfill the government's statutory and Constitutional obligations in this case.

IT IS FURTHER ORDERED that the attorneys for the government are authorized to disclose to counsel of record for the defendant tax return information under 26 U.S.C. § 6103 in order to fulfill the government's statutory and Constitutional obligations in this case.

IT IS FURTHER ORDERED that disclosure of the grand jury and § 6103 material is solely for the purpose of defending this case, and that the defense only disclose such information to the defendant and the defense team; that such grand jury and § 6103 materials be maintained in the

. . .

. . .

7

defense attorney's custody; that such materials not be reproduced or disseminated to third parties; and that upon request, such materials be returned to the United States at the end of this case.

IT IS SO ORDERED.

DATED this 19th day of August 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge