# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00324-JCM(RJJ) |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL GOVERNMENT'S NOTICE OF DISCOVERY COMPLIANCE |
| CHARLES C. LOBELLO, | ) | |
| Defendant. | ) | |

Based on the Government's Motion to Seal Notice of Discovery Compliance in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Government's Notice of Discovery Compliance be sealed.

DATED this  13  day of October 2011.

_____
JAMES C. MAHAN
United States District Judge